Same case below, 49 So. 3d 752.

**No. 10-11074. Devell Short, Petitioner v. Joseph F. Mazurkiewicz, Superintendent, State Correctional Institution at Greensburg, et al.**

565 U.S. 865, 132 S. Ct. 210, 181 L. Ed. 2d 114, 2011 U.S. LEXIS 6719.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-11075. Herman H. Stevenson, Petitioner v. United States.**

565 U.S. 865, 132 S. Ct. 210, 181 L. Ed. 2d 114, 2011 U.S. LEXIS 7131.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 412 Fed. Appx. 684.

**No. 10-11076. Oliver C., Petitioner v. Prince George's County Department of Social Services.**

565 U.S. 865, 132 S. Ct. 211, 181 L. Ed. 2d 114, 2011 U.S. LEXIS 6818.

October 3, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

**No. 10-11077. Ricardo Avila-Torres, aka Richard Avila, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 865, 132 S. Ct. 211, 181 L. Ed. 2d 114, 2011 U.S. LEXIS 6618.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-11079. Nathaniel Shaw, Petitioner v. Alabama.**

565 U.S. 865, 132 S. Ct. 211, 181 L. Ed. 2d 114, 2011 U.S. LEXIS 7123.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 77 So. 3d 624.

**No. 10-11080. Carlos Garay, Petitioner v. Department of Management Services, Division of Retirement.**

565 U.S. 866, 132 S. Ct. 211, 181 L. Ed. 2d 114, 2011 U.S. LEXIS 6447,

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 46 So. 3d 1227.

**No. 10-11081. Jeffery Charles Hoagland, Petitioner v. United States.**

565 U.S. 866, 132 S. Ct. 211, 181 L. Ed. 2d 114, 2011 U.S. LEXIS 6501.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-11082. Edward Roy Newsome, aka Edward R. Newsome, Petitioner v. NFN Uy, et al.**

565 U.S. 866, 132 S. Ct. 211, 181 L. Ed. 2d 114, 2011 U.S. LEXIS 6410.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.